Form 4-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**          **FORM 4**

| |
|---|
| JOINT STOCK COMPANY APATIT<br><br>                              Plaintiff,<br><br>v.<br><br><br>UNITED STATES,<br><br>                              Defendants. |

**SUMMONS**
Court No. 26-02979

**TO:**    The Above-Named Defendants:

You are hereby summoned and required to serve on plaintiffs' attorney, whose name and address are set out below, an answer to the complaint which is herewith served on you, within 60* days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.



**/s/ Gina Justice**
Clerk of the Court

 /s/ H. Deen Kaplan
Signature of Plaintiffs' Attorney

May 15, 2026
Date

| |
|---|
| H. Deen Kaplan<br>Hogan Lovells US LLP<br>Columbia Square<br>555 Thirteenth Street, N.W.<br>Washington, DC 20004-1109<br>+1 (202) 637-5799<br>deen.kaplan@hoganlovells.com |

\*  If the United States or an officer or agency thereof is a defendant, the time to be inserted as to it is 60 days, except that in an action described in 28 U.S.C. § 1581(f) the time to be inserted is  14 days.

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007**;** Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Oct. 1, 2025, eff. Oct. 1, 2025; Oct. 23, 2025, eff. Dec. 1, 2025.)