**IN THE UNITED STATES COURT OF INTERNATIONAL TRADE**

BEFORE:  THE HONORABLE JANE A. RESTANI, JUDGE

| | |
|---|---|
| JOINT STOCK COMPANY APATIT,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED STATES,<br><br>        Defendant,<br><br>    and<br><br>THE MOSAIC COMPANY,<br><br>        Defendant-Intervenor. | Court No. 26-02979 |
| THE MOSAIC COMPANY,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED STATES,<br><br>        Defendant,<br><br>    and<br><br>ARCHER DANIELS MIDLAND COMPANY,<br>AND JOINT STOCK COMPANY APATIT<br><br>        Defendant-Intervenors. | Court No. 26-02983 |

## <u>ORDER</u>

Upon consideration of defendant's motion to consolidate, the consent of all parties to that motion, and all other pertinent papers, it is hereby

**ORDERED**, that *Joint Stock Company Apatit v. United States*, CIT Case No. 26-02979,

and *The Mosaic Company v. United States*, CIT Case No. 26-02983 shall be consolidated under

*Joint Stock Company Apatit v. United States*, CIT Case No. 26-02979.


/s/  Jane A. Restani
Jane A. Restani, Judge


Dated: July 27            , 2026
New York, New York